J. W. WRIGHT, Appellant, v. R. G. SAUER AND THE SIBLEY LOANING COMPANY, Intervenor, Appellees.

**Mortgage on Growing Crops:** SALE: NOTICE.

*Appeal from Lyon District Court.*—HON. G. W. WAKEFIELD, Judge.

FRIDAY, OCTOBER 9, 1891.

ACTION to recover the value of certain wheat by virtue of landlord's lien thereon. Judgment for the intervener, and the plaintiff appealed.

*D. D. McCallum*, for appellant.

*O. J. Clark*, for intervener.

GRANGER, J.—The facts of this case, and the law applicable thereto, are substantially like those in *Wright v. E. M. Dickey Co.*, *ante*, p. 332; and, following that case, the judgment in this is AFFIRMED.